# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT    *
1250 Connecticut Avenue, N.W.    *
Suite 700    *
Washington, D.C.  20036    *
     *
     Plaintiff,    *
     *
     v.    *      Civil Action No. 18-2152
     *
DEPARTMENT OF DEFENSE    *
1000 Defense Pentagon    *
Washington, D.C. 20301-1000    *
     *
     Defendant.    *
     *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552,

et seq., as amended, to seek production of agency records sought by the plaintiff

The James Madison Project from the defendant Department of Defense.

## JURISDICTION

1.  This Court has both subject matter jurisdiction over this action and personal

jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2.  Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3.  Plaintiff The James Madison Project ("JMP") is a non-partisan organization

established in 1998 to promote government accountability and the reduction of secrecy,

as well as educating the public on issues relating to intelligence and national security.

4.   Defendant Department of Defense ("DoD") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiffs that are the subject of this action.

## COUNT ONE (DoD)

5.   On August 3, 2018, JMP submitted a FOIA request to DoD.

6.   By letter dated August 10, 2018, DoD acknowledged receipt of the FOIA request and assigned it Request Number 18-F-1454. In its letter, DoD invoked its statutory extension of ten (10) business days to provide a substantive response.

7.   DoD was required to issue a substantive response no later than September 17, 2018. No substantive response has been received as of today. JMP has constructively exhausted its administrative remedies.

WHEREFORE, plaintiff The James Madison Project prays that this Court:

(1) Order the defendant Department of Defense to process and release to the plaintiff all responsive, non-exempt records;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date:   September 18, 2018

Respectfully submitted,

/s/

_____

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiff